# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| § | **CASE NUMBER 6:09-CR-00009-JCB** |
| **v.** § | |
| § | |
| § | |
| **CONNIE MONIQUE MOORE (6),** § | |
| § | |

## REPORT AND RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

On May 10, 2023, the court conducted a hearing to consider the government's petition to revoke the supervised release of Defendant Connie Moore. The government was represented by Ryan Locker, Assistant United States Attorney for the Eastern District of Texas, and Defendant was represented by Darryl Bennett.

Defendant originally pled guilty to the offense of Conspiracy to Possess with Intent to Distribute 500 Grams or More of Methamphetamine, a Class A felony. The United States Sentencing Guideline range for this offense, based on a total offense level of 29 and a criminal history category of VI, was 151 to 188 months. The offense carried a maximum imprisonment term of life. On April 21, 2010, District Judge Leonard Davis sentenced Defendant to 120 months imprisonment followed by supervised release, subject to the standard conditions of release, plus special conditions to include financial disclosure, drug testing, and mental health treatment. On October 30, 2017, Defendant completed her term of imprisonment and began her term of supervised release.

Under the terms of supervised release, Defendant was prohibited from use of controlled substances. In Allegation 1 of its petition, the government alleges Defendant violated the conditions of her supervised release when she submitted a urine specimen testing positive for marijuana. If the court finds by a preponderance of the evidence that Defendant violated the conditions of supervised release by using the above-mentioned controlled substance, Defendant will have committed a Grade C violation. U.S.S.G. § 7B1.1(a). Upon a finding of a Grade C violation, the court may revoke the term of supervision. U.S.S.G. § 7B1.3(a)(2). Considering Defendant's criminal history category of VI, the Guideline imprisonment range for a Grade C violation is 8 to 14 months. U.S.S.G. § 7B1.4(a).

At the hearing, the parties indicated that they had come to an agreement to resolve the petition whereby Defendant would plead true to violating the conditions of supervision by submitting a urine specimen testing positive for marijuana. In exchange, the government agreed to recommend to the court a sentence of 14 months imprisonment with no supervised release to follow.

The court therefore **RECOMMENDS** that Defendant's plea of true be accepted and she be sentenced to a term of 14 months imprisonment, with no supervised release to follow. The court further **RECOMMENDS** that Defendant serve her sentence at FMC Ft. Worth, Texas, or FCI Bryan, Texas, if available. The court further **RECOMMENDS** drug treatment. The parties waived their right to objections so this matter shall be immediately presented to the District Judge for consideration.

**So ORDERED and SIGNED this 11th day of May, 2023.**

2

*John D. Love*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE