UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:09-cr-00009-6

**United States of America**

v.

**Connie Monique Moore**

**ORDER**

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The magistrate judge conducted a final revocation hearing on May 10, 2023, and issued a report and recommendation recommending that the defendant's term of supervised release should be revoked. Doc. 990. Defendant waived her right to object to the report, agreed to the revocation of her supervised release, agreed to the sentence below, and waived her right to be present for sentencing. Doc. 989.

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court orders that the defendant be sentenced to a period of fourteen months imprisonment with no supervised release to follow. The court recommends that the defendant serve her sentence at FMC Fort Worth, Texas, or FCI Bryan, Texas, if available. The court further recommends that the defendant receive drug treatment.

*So ordered by the court on May 16, 2023.*

J. CAMPBELL BARKER
United States District Judge